# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tracts:  RGV-RGC-2046
          RGV-RGC-2046-1
Owner:  Yolanda M. Belmontes, et al.
Acre:  0.760

**Tract RGV-RGC-2046**

**Being** a 0.727 of one acre (31,663 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas and being out of a called 10.28 acre tract conveyed to Yolanda M. Belmontes, et al. by Partition Deed recorded in Instrument No. 2019-348297, Official Records of Starr County, Texas (Parcel "O"-4), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2046 2047 2048", said point being in the south line of a called 10.28 acre tract conveyed to Marilu Molina, Dina Scott, Iliana Molina and Myrna Elena Rodriguez by Partition Deed Recorded in Instrument No. 2019-348299, Official Records of Starr County, Texas (Parcel "O"-6) and the north line of a called 55.62 acre tract conveyed to Sylvia G. Salinas (1/7), Maria Dolores G. Saenz (1/7), Rosa Maria G. Guerra (1/7), Manuel S. Guerra (1/7), Ruben Roberto Guerra (1/7), Deborah Ann G. Perez Lugo & Elizabeth G. Garcia (1/7), Ana G. Munoz & Joel A. Guerra, III (1/7) by Distribution Deed recorded in Volume 1329, Page 222, Official Records of Starr County, Texas ("Parcel #1: Tract P"), said point having the coordinates of N=16681200.539, E=786491.880;

**Thence:** S 80-45-00 E (S 80-45-00 E, Record), with the south line of Parcel "O"-6 and the north line of the 55.62 acre tract, for a distance of 100.00' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-1- 2=2048-1", said point being south line of Parcel "O"-6 and the north line of the 55.62 acre tract;

**Thence:** departing the north line of the 55.62 acre tract, over and across Parcel "O"-6, the following courses and distances:
- N 36-10-21 W, passing at 231.41' a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2047-1=2048-2", said point being in the north line of Parcel "O"-6 and the south line of a called 10.28 acre tract conveyed to Eliza Nelly Molina, Rodolfo R. Molina Jr. and Jose Trinidad by Partition Deed recorded in Instrument No. 2019-348298, Official Records of Starr County, Texas (Parcel "O"-5),

**Schedule C (Cont.)**

- continuing for a total distance of 405.32' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2047-2", said point being within Parcel "O"-5;
- N 14-35-48 E, for a distance of 35.38' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046- 1=2047-3" for the **Place of Beginning** and southwest corner of Tract RGV-RGC-2046, said point being in the south line of Parcel "O"-4 and the north line of Parcel "O"-5, said point having the coordinates of N=16681545.892, E=786360.270;

**Thence:** N 14-35-48 E, departing the north line of Parcel "O"-5, over and across Parcel "O"-4, for a distance of 153.74' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2045-4=2046-2" for the northwest corner of Tract RGV-RGC-2046, said point being in the north line of Parcel "O"-4 and the south line of a called 10.28 acre tract conveyed to Maria Magdalena Escobar, Tomas Molina, Juan Abel Molina, David Molina, Martha Irene Young and Martin Molina by Partition Deed recorded in Instrument No. 2019- 348296, Official Records of Starr County, Texas (Parcel "O"-3);

**Thence:** S 80-45-00 E (S 80-45-00 E, Record), with the north line of Parcel "O"-4 and the south line of Parcel "O"-3, for a distance of 200.87' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2045-3=2046-3" for the northeast corner of Tract RGV-RGC-2046, said point being in the north line of Parcel "O"-4 and the south line of Parcel "O"-3; said point bears N 62-38-21 W, a distance of 2369.61' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** departing the south line of Parcel "O"-3, over and across Parcel "O"-4, the following courses and distances:
- S 14-35-48 W, for a distance of 112.94' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046- 4" for angle;
- S 36-10-21 E, for a distance of 57.88' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046- 5=2047-4" for the southeast corner of Tract RGV-RGC-2046, said point being in the south line of Parcel "O"-4 and the north line of Parcel "O"-5;

**Thence:** N 80-45-00 W (N 80-45-00 W, Record), with the south line of Parcel "O"-4 and the north line of Parcel "O"-5, for a distance of 245.91' to the **Place of Beginning.**

**Schedule C (Cont.)**

**Tract:  RGV-RGC-2046-1**

**Being** a 0.033 acre (1,450 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porcion 66, Starr County, Texas, being out of the remainder of Share 28-B of the Partition Deed recorded in Volume 114, Page 62, Deed Records of Starr County, Texas, being out of a called 8.02 acre tract designated as Parcel "O"-4A, conveyed to Yolanda M. Belmontes, et al. by Partition Deed recorded in Instrument No. 2019-348297, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2005 2005-1 2046-1 2047-1 2048-1", said point being at the southwest corner of a called 8.02 acre tract designated as Parcel "O"-6A, conveyed to Marilu Molina, Dina Scott, Iliana Molina, and Myrna Elena Rodriguez by Partition Deed recorded in Instrument No. 2019-348299, Official Records of Starr County, Texas, said point being an interior corner of a called 55.62 acre tract recorded in Volume 1329, Page 222, Official Records of Starr County, Texas, said point having the coordinates of N=16680540.481, E=786819.582;

**Thence:** N 09°15'00" E (N 09°15'00" E, Record), with a westerly line of the called 8.02 acre tract (Parcel "O"-6A), the westerly line of a called 8.02 acre tract (Parcel "O"-5A) recorded in Instrument No. 2019-348298, Official Records of Starr County, Texas, and an easterly line of the 55.62 acre tract, for a distance of 501.41' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046- 1-1=2047-1-2" for the **Place of Beginning** and southwest corner of Tract RGV-RGC-2046-1, said point being the southwest corner of the called 8.02 acre tract (Parcel "O"-4A), said point having the coordinates of N=16681035.371, E=786900.180;

**Schedule C (Cont.)**

**Thence:** N 09°15'00" E (N 09°15'00" E, Record), continuing with a westerly line of the called 8.02 acre tract (Parcel "O"-4A) and an easterly line of the 55.62 acre tract, for a distance of 53.45' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046-1-2" for the north corner of Tract RGV-RGC-2046- 1, said point being in a westerly line of the called 8.02 acre tract (Parcel "O"-4A) and an easterly line of the 55.62 acre tract;

**Thence:** S 36°10'21" E, departing the easterly line of the 55.62 acre tract, over and across the called 8.02 acre tract (Parcel "O"-4A), for a distance of 76.16' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046-1-3=2047-1-3" for the southeast corner of Tract RGV-RGC-2046-1, said point being in the south line of the called 8.02 acre tract (Parcel

"O"-4A) and the north line of the called 8.02 acre tract (Parcel "O"-5A), said point bears N 75°27'43" W, a distance of 1805.89' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** N 80°45'00" W (N 80°45'00" W, Record), with the south line of the called 8.02 acre tract (Parcel "O"-4A) and the north line of the called 8.02 acre tract (Parcel "O"-5A), for a distance of 54.25' to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## Schedule D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 14'35'48" E | 153.74' | N/A | N/A |
| L2 | S 80'45'00" E | 200.87' | S 80'45'00" E | N/A |
| L3 | S 14'35'48" W | 112.94' | N/A | N/A |
| L4 | S 36'10'21" E | 57.88' | N/A | N/A |
| L5 | N 80'45'00" W | 245.91' | N 80'45'00" W | N/A |
| L6 | S 80'45'00" E | 100.00' | S 80'45'00" E | N/A |
| L7 | N 36'10'21" W | 405.32' | N/A | N/A |
| L8 | N 14'35'48" E | 35.38' | N/A | N/A |

### COORDINATE TABLE

| MONUMENT NO. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|--------------|----------|---------|----------------------|
| 1 | 16681545.892 | 786360.270 | RGV-RGC-2046-1=2047-3 |
| 2 | 16681694.673 | 786399.015 | RGV-RGC-2045-4=2046-2 |
| 3 | 16681662.384 | 786597.277 | RGV-RGC-2045-3=2046-3 |
| 4 | 16681553.090 | 786568.815 | RGV-RGC-2046-4 |
| 5 | 16681506.365 | 786602.978 | RGV-RGC-2046-5=2047-4 |
| 6 | 16681200.539 | 786491.880 | POC RGV-RGC-2046 2047 2048 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10015600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| Drawing Ref. No. SHEET 4 OF 6 | **METES & BOUNDS SURVEY** YOLANDA M. BELMONTES **TRACT No. RGV-RGC-2046** STARR COUNTY                TEXAS | | | | | | |
|---|---|---|---|---|---|---|---|

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 09/19 |
| Checked | LMK | 09/19 |
| Surveyor | JOB | 09/19 |
| Fld.Bk. # | | XXX |

CONTRACT NO.: W912TS-14-D-0013
T.O.: W912TS-18-F-0139

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10130943



**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6689
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00          FILE NAME: RGV-RGC-2046          DATE: 09/27/2019

## Schedule D (Cont.)



## Schedule D (Cont.)



## Schedule D (Cont.)



## Schedule D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 09°15'00" E | 53.45' | N 09°15'00" E | N/A |
| L2 | S 36°10'21" E | 76.16' | N/A | N/A |
| L3 | N 80°45'00" W | 54.25' | N 80°45'00" W | N/A |

COORDINATE TABLE

| MONUMENT NO. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|--------------|----------|---------|----------------------|
| 1 | 16681035.371 | 786900.180 | RGV-RGC-2046-1-1=2047-1-2 |
| 2 | 16681088.129 | 786908.773 | RGV-RGC-2046-1-2 |
| 3 | 16681026.651 | 786953.723 | RGV-RGC-2046-1-3=2047-1-3 |
| 4 | 16680540.481 | 786819.582 | POC RGV-RGC-2005 2005-1 2046-1 2047-1 2048-1 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | | | | |
|---|---|---|---|---|---|
| **Drawing Ref. No. / SHEET 4 OF 6** | **METES & BOUNDS SURVEY** | | | | **US Army Corps of Engineers** |
| | **YOLANDA M. BELMONTES** | | | | |
| | **TRACT No. RGV-RGC-2046-1** | | | | |
| | **STARR COUNTY** | **TEXAS** | | | |

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 9/19 |
| Checked | LMK | 9/19 |
| Surveyor | JDB | 9/19 |
| Fld.Bk. # | XXX | |

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| | | | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10101942



**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6869
(EMAIL) info@bnfeng.com

MDS PROJ. NO. 18-200-00        FILE NAME: RGV-RGC-2046-1        DATE: 9/27/2019

## Schedule D (Cont.)



## Schedule D (Cont.)



Tract: RGV-RGC-2046
         RGV-RGC-2046-1
Owner:  Yolanda M. Belmontes, et al.
Acreage:  0.760

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-2046
           RGV-RGC-2046-1
Owner:  Yolanda M. Belmontes, et al.
Acres:  0.760

**Tract RGV-RGC-2046**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Document Number 2019-348297, recorded with the Starr County Clerk on March 15, 2019, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## Schedule E (Cont.)



**Schedule E (Cont.)**

**Tract:  RGV-RGC-2046-1**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is FOUR THOUSAND, ONE HUNDRED AND FIFTY-FIVE DOLLARS AND NO/100 ($4,155.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGV-2046:**

The sum estimated as just compensation for the land acquired is FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00).

**TRACT RGV-RGV-2046-1:**

The sum estimated as just compensation for the land acquired is ONE HUNDRED AND FIFTY-FIVE DOLLARS AND 00/100 ($155.00).

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Yolanda M. Belmontes, et al.**<br>▬▬▬▬▬▬▬<br>Kingsville, Texas ▬ | **RGV-RGC-2046**<br>**RGV-RGC-2046-1**<br>Partition Deed,<br>Document # 2019-348297;<br>Recorded March 5, 2019,<br>Deed Records of Starr County |
| **Martin Molina**<br>▬▬▬▬▬▬▬<br>Pasadena, TX ▬ | Deed of Gift, Document # 1997-191810;<br>Recorded June 17, 1997,<br>Deed Records of Starr County |
| **Guadalupe Solis, Jr.**<br>▬▬▬▬▬<br>Roma, TX ▬ | Deed of Gift, Document # 1997-191809;<br>Recorded June 17, 1997,<br>Deed Records of Starr County |
| **Fronton Cooperative Irrigation Association** | Easement,<br>Document # 1946-24497,<br>Recorded May 13, 1946,<br>Deed Records of Starr County |
| **Starr County, Texas**<br>▬▬▬▬▬<br>Rio Grande City, TX ▬ | Easement,<br>Document # 1962-58100,<br>Recorded October 2, 1962<br>Deed Records of Starr County |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, TX  78582 | |